# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 17, 2014

### NO. 03-14-00204-CR

**The State of Texas, Appellant**

**v.**

**Robert Andrew Johnson, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the order granting a motion to quash signed by the trial court. Having reviewed the record, the Court holds that The State of Texas has not prosecuted its appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The State of Texas shall pay all costs relating to this appeal, both in this Court and the court below.